**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case No. 20-25192-CV-GRAHAM

JOEL RAMOS,

Plaintiff,

v.

ARBA CONSTRUCTION INC. and
SALVADOR HERNANDEZ,

Defendants.
_____/

**ORDER**

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation (ECF No. 15) on Plaintiff's Motion for Attorneys' Fees and Costs. (ECF No. 11).

On August 25, 2021, the Honorable United States Magistrate Judge Chris M. McAliley issued a Report and Recommendation recommending that the Court grant in part Plaintiff's Motion, and award Plaintiff $3,650.00 in attorneys' fees, and $472.00 in costs (ECF No. 15).

Pursuant to 28 U.S.C. § 636 and the Local Magistrate Rules of the Southern District of Florida, the Parties had 14 days after being served with a copy of the Report and Recommendation to serve and file written objections, if any, with the District Court. As of the date of this Order, the parties have filed no objections.

1

After a careful review of the record, this Court affirms the Report and Recommendation, finding it demonstrates an exhaustive review of the record and makes findings consistent with the law.

Accordingly, it is hereby

**ORDERED AND AJUDGED** that United States Magistrate Judge Chris M. McAliley's Report and Recommendation [D.E. 15] is hereby **RATIFIED, AFFIRMED and APPROVED in its entirety**. It is further

**ORDERED AND AJUDGED** that Plaintiff's Motion for Attorneys' Fees and Costs (ECF No. 11) is hereby **GRANTED**. Plaintiff is awarded Plaintiff $3,650.00 in attorneys' fees, and $472.00 in costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of September, 2021.

s/ Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All counsel of record